UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ASONGANYI,<br><br>                                    Petitioner,<br><br>v.<br><br>WARDEN JEREMY CASEY,<br><br>                                    Respondent. | Case No.:  3:26-cv-2307-CAB-BJW<br><br>**ORDER REQUIRING BOND HEARING AND DENYING MOTION TO APPOINT COUNSEL AS MOOT** |

Pending before the Court is Petitioner Peter Asonganyi's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  Petitioner asserts that he has been in immigration detention since December 18, 2024 without a bond hearing in violation of the Fifth Amendment.  [*Id.* at 4, 6.]  The "government concedes that this Court should order that Petitioner receive an individualized bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight."  [Doc. No. 6 at 1–2.]

///

///

///

///

///

3:26-cv-2307-CAB-BJW

Accordingly, the Court **ORDERS** the government to provide Petitioner an individualized bond hearing before an immigration judge by **May 13, 2026**.  As Petitioner has been granted the relief he sought, the Court **DENIES as moot** his motion to appoint counsel.  [Doc. No. 2.]  The Clerk of the Court shall close the case on **May 20, 2026** unless the Court is notified that the bond hearing did not occur.

It is **SO ORDERED**.

Dated:  April 29, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge